NO. 07-04-0484-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 16, 2005

_____

EVELYN MITCHELL, INDIVIDUALLY AND
DEBBIE GASS, INDIVIDUALLY, APPELLANTS

V.

COVENANT HEALTH SYSTEM, IN ITS ASSUMED NAME OR
COMMON NAME F/K/A METHODIST HOSPITAL
AND CHARLES REYNOLDS, M.D., APPELLEES

_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2002-516-877; HONORABLE MACKEY HANCOCK, JUDGE
_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On January 21, 2005, the appellants filed a Motion to Dismiss Appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party incurring the same.

James T. Campbell
Justice